UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tammy Aranza,<br>*Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:17-cv-01324 |
| Jonathan Cummings and New Prime, Inc.,<br>d/b/a Prime, Inc.,<br>*Defendants.* | § § § § | |

# JURY QUESTIONS

## QUESTION 1:

Did the negligence, if any, of those named below proximately cause the injury in question?

Answer "Yes" or "No" for the following:

a. *Jonathan Craig Cummings*   NO

b. *Tammy Aranza*   Yes

If you answered "Yes" to Question 1 for more than one of those named below, then answer the following question. Otherwise, do not answer the following question.

Assign percentages of responsibility only to those you found caused or contributed to cause the injury or occurrence. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributed to that one in answering another question.

## QUESTION 2:

For each person you found caused or contributed to the injury or occurrence, find the percentage of responsibility attributable to each:

1. *Jonathan Craig Cummings* _____%

2. *Tammy Aranza* _____%

   Total = \_\_\_\_\_100\_\_\_\_\_%

Answer Question 3 if and only if you answered "Yes" for *Jonathan Craig Cummings* to Question 1 **and** answered:

1. "No" for *Tammy Aranza* to Question 1, or

2. *50 percent* or less for *Tammy Aranza* to Question 2.

Otherwise, do not answer Question 3.

### QUESTION 3:

What sum of money, if paid now in cash, would fairly and reasonably compensate *Tammy Aranza* for *her* injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of *Tammy Aranza*.

Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

a. Reasonable and necessary medical care and expenses in the past.

   Answer: _____

b. Physical pain and suffering in the past.

   Answer: _____

c. Physical impairment sustained in the past.

   Answer: _____

# CERTIFICATE

We, the jury, have unanimously answered the above and foregoing questions as herein indicated, and herewith return same into court as our verdict.

Signed this 14 day of May, 2019.

                                        **Original Signature on File in Office of Clerk**

                                        Jury Foreperson